STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Warren A. Perrin
Perrin, Landry, et al
P. O. Box 53597
Lafayette LA 70505

Sean Seton Cassidy
Smith Stag, LLC
365 Canal Street, #2850
New Orleans LA 70130

Michael Gregory Stag
Smith Stag, LLC
365 Canal St., #2850
New Orleans LA 70130

Winston Thomas Angers
Attorney at Law
P. O. Box 53502
Lafayette LA 70505

Stuart Housel Smith
Smith Stagg, LLC
365 Canal St. #2850
New Orleans LA 70130

Ashley M. Liuzza
Smith Stag, LLC
365 Canal Street, Ste 2850
New Orleans LA 70130

Stephen H. Wussow
Smith, Stagg, LLC
365 Canal Street, Ste 2850
New Orleans LA 70130

**REHEARING ACTION: May 13, 2015**

**Docket Number: 14   01303-CW**

**JEANNE L. ROGERS, ET AL.**
**VERSUS**
**DESOTO PIPELINE COMPANY,**
**INC., ET AL.**

**Writ Application from St. Martin Parish Case No. 69,193**

**BEFORE JUDGES:**
**Hon. Jimmie C. Peters**
**Hon. James T. Genovese**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for the

application for rehearing filed by **Jeanne L. Rogers, Independent Executor to the**

**Succession of John A. Rogers** is:

> **REHEARING GRANTED IN PART** for the sole purpose of allowing plaintiff to
> proceed with claims seeking post-sale damage; otherwise, the application for
> rehearing is denied.
>
> Conery, J., would grant the rehearing and docket the case for further briefing,
> oral argument, and an opinion.

cc: Richard M. Simses, Counsel for the Respondent
    Jon Vicklund, Counsel for the Respondent
    Paul M. Lavelle, Counsel for the Respondent
    Erin Fury Parkinson, Counsel for the Respondent
    Pamela Roman Mascari, Counsel for the Respondent
    Claire E. Juneau, Counsel for the Respondent
    John Edward Heinrich, Counsel for the Respondent
    Robert John Young, III, Counsel for the Respondent
    Glen E. Mercer, Counsel for the Respondent
    John William Hite, III, Counsel for the Respondent
    Francis X. Neuner, Jr., Counsel for the Applicant
    Jeffrey K. Coreil, Counsel for the Applicant